1  JULIE A. DUNNE, Bar No. 160544
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway, Suite 900
3  San Diego, CA 92101.3577
   Telephone: 619.232.0441
4  Fax No.:   619.232.4302
   E-mail:    jdunne@littler.com
5
   DOMINIC J. MESSIHA, Bar No. 204544
6  MATTHEW J. SHARBAUGH, Bar No. 260830
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, 5th Floor
8  Los Angeles, CA 90067.3107
   Telephone: 310.553.0308
9  Facsimile: 310.553.5583
   E-mail:    dmessiha@littler.com;
10 msharbaugh@littler.com

11 Attorneys for Defendant
   NORDSTROM, INC.
12

13                  UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15 FAINE DAVIS, individually, and on      Case No. CV11 0609 PA (AGRx)
   behalf of all others similarly situated,
16                                         **CORPORATE DISCLOSURE
                Plaintiff,                 STATEMENT FILED BY
17                                         DEFENDANT NORDSTROM, INC.**
   v.
18                                         [FED. R. CIV. P. 7.1]
   NORDSTROM, INC., and DOES 1
19 through 50, inclusive,

20              Defendants.

21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:99700644.1 058713.1029

TO THE JUDGES OF THE CENTRAL DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nordstrom, Inc. hereby submits the following corporate disclosure statement:

    Nordstrom, Inc. does not have any parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Dated:   January 20, 2011                   Respectfully submitted,

JULIE A. DUNNE
DOMINIC J. MESSIHA
MATTHEW J. SHARBAUGH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NORDSTROM, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:99700644.1 058713.1029

1.