Matthew R. Bainer, Esq. (S.B. # 220972)
Hannah R. Salassi, Esq. (S.B. #230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
E-mail: mbainer@scalaw.com
E-mail: hsalassi@scalaw.com
Web: www.scalaw.com

JS-6

Attorneys for the Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAINE DAVIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NORDSTROM, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | **Case No. CV 11-609 PA**<br><br>**<u>CLASS</u> <u>ACTION</u>**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

-2-

# ORDER

Pursuant to stipulation by the parties and good cause appearing, the action entitled Davis v. Nordstrom, Inc. (Case No. CV 11-609) is hereby dismissed, in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated: April __13__, 2011

_____
The Hon. Percy Anderson
United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800